UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEAVER GAMBLE,

    Plaintiff,

v.                                     Case No: 8:20-CV-428-T-27CPT

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that Plaintiff's request to proceed *in forma pauperis* be denied without prejudice, and that leave be granted for her to file an amended complaint (Dkt. 7). No party filed objections and the time for doing so has expired. After consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation (Dkt. 7) is adopted, confirmed, and approved in all respects.

2. Plaintiff's construed motion to proceed *in forma pauperis* (Dkt. 2) is **DENIED without prejudice**.

3. Plaintiff's complaint (Dkt. 1) is **DISMISSED without prejudice**.

4. Plaintiff is granted leave to file, within **TWENTY (20) DAYS** of this Order:

    a. An amended complaint which conforms to the pleading requirements of the Federal Rules of Civil Procedure and addresses the other deficiencies noted in the Report and Recommendation; and

1

     b. A renewed request to proceed *in forma pauperis*, or pay the Clerk's filing fee.

5. Failing to comply with these requirements may result in a dismissal of this action without further notice.

**DONE AND ORDERED** this 1st day of April, 2020.

*/s/ James D. Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record